UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ d̲c̲ ___ D.C.

05 MAY 17 AM 11:35

CLERK, U.S. DIST. CT.
W. D. OF TN MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

v.                            Cr. No. 05-20009-B

DARAY AMMON PERKINS,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO CONTINUE SENTENCING HEARING

For good cause shown, the Court hereby **GRANT'S** the defendant's motion to continue the sentencing hearing for (60) sixty days in this matter. It is hereby **RESET** from Tuesday, May 24, 2005 at 9:00 a.m. until Monday, August 1, 2005 @ 1:30 p.m.

It is so **ORDERED**, this the 17th day of May, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-18-05

63

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 2:05-CR-20009 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT