FILED BY _DE_ D.C.

05 AUG -1 PM 5:53

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITES STATES OF AMERICA,

    Plaintiff,

v.                                                             Cr. No. 05-20009-B

DARAY AMMON PERKINS,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION
### TO CONTINUE SENTENCING HEARING

---

For good cause shown, the Court hereby **GRANT'S** the defendant's motion to continue the sentencing hearing for (60) sixty days in this matter. It is hereby **RESET** from Monday, August 1, 2005 at 1:30 p.m. until _Thursday, August 18_, 2005. @ 10:30 a.m.

It is so **ORDERED**, this the _1st_ day of _August_, 2005.

_/s/ J. Daniel Breen_
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _8-3-05_

(77)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:05-CR-20009 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT